IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CARLETON GOSLINE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 5:16-CV-489 (CAR) |
| | : | |
| NANCY A. BERRYHILL, | : | Social Security Appeal |
| Acting Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**ORDER ON RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is the United States Magistrate Judge's Report and
Recommendation to affirm the Commissioner's decision to deny Plaintiff Carleton
Gosline's application for disability benefits. Plaintiff filed a timely Objection to the
Recommendation, and the Commissioner has responded to the Objection.
Accordingly, the Court has conducted a *de novo* review of the administrative record
and the Commissioner's decision.

In his Objection, Plaintiff objects generally to the Recommendation for the
reasons contained in his Brief in Support of the Complaint and specifically points to
three alleged errors by the Magistrate Judge. The Court has considered all of Plaintiff's
objections but will specifically address the enumerated errors.

Plaintiff first contends the Commissioner failed to properly review or assign

any weight to the opinions of nine successive psychologists, and the Magistrate Judge erroneously finds such error harmless. The Court is unpersuaded. Despite Plaintiff's arguments to the contrary, the Commissioner and the Magistrate Judge do not argue for a "lighter standard" regarding the harmless error doctrine. As explained in the Recommendation, the examining psychologists' opinions were not controlling as they are not treating sources, and any failure by the ALJ to specifically mention or discuss their opinions was harmless error.

Plaintiff next assigns as error the Commissioner's failure to credit the opinions of treating sources Drs. Gosline and Johnston. Plaintiff contends because the ALJ mistakenly considered Dr. Gosline, a chiropractor, as a treating source, the Commissioner is bound to consider a chiropractor as a treating source and cannot give his opinion less weight. Thus, it was error for the Magistrate Judge uphold the Commissioner's decision. The Court disagrees. Chiropractors' opinions are not "medical opinions" or entitled to any special significance or consideration.[1] Plaintiff fails to point to any authority otherwise. Moreover, as explained in Recommendation, even if Dr. Gosline was a treating source, substantial evidence supports the ALJ awarding less weight to Dr. Gosline's position.

Finally, Plaintiff assigns as error the Commissioner's decision to give less weight to Kelvin Taylor's opinion that Plaintiff was unable to be employed. The Court,

---

[1] *See* 20 C.F.R. § § 404.1513(a), (d)(1), 404.1527(a)(2).

however, finds no error. As explained in the Recommendation, substantial evidence supports the ALJ's decision to award Kelvin Taylor's opinion less weight.

The Court agrees with the Magistrate Judge's findings and conclusions and finds the Commissioner applied the correct legal standards, and his decision was supported by substantial evidence. Accordingly, Plaintiff's Objections [Doc. 16] are **OVERRULED**. The Recommendation [Doc. 15] is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 14th day of March, 2018.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT